IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARISSA CHAMBERS,

    Plaintiff,

v.                                            4:22cv261–WS/MAF

THE FLORIDA BAR, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed July 26, 2022. The magistrate judge recommends that the case be dismissed because it is "patently obvious that [Plaintiff] cannot prevail on the facts alleged." Plaintiff has not filed objections to the report and recommendation, albeit she has filed an amended complaint (ECF No. 8) that suffers from the same deficiencies that are present in Plaintiff's original complaint.

    The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED because her claims are time-barred and otherwise without merit. The action is DISMISSED WITH PREJUDICE because it would be futile for Plaintiff to amend her complaint.

3. The clerk shall enter judgment, stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this __27th__ day of __August__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE